IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CATHERINE C. MATHIS                                                                                   PETITIONER
*Reg #31843-009*

v.                                          4:22-cv-01276-LPR-JJV

TONYA HAWKINS                                                                                        RESPONDENT
*Warden of the Federal Prison Camp – Bryan*

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

### DISPOSITION

On December 29, 2022, Catherine C. Mathis ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 *pro se*. (Doc. No. 1.) On January 05, 2023, this Court ordered the Clerk of the Court to serve a copy of Ms. Mathis' Petition on the Respondent and United States Attorney. (Doc. No. 2.) On February 08, 2023, Respondent filed a response requesting the Petition be dismissed as moot, for Ms. Mathis appeared to be released from the Bureau of Prisons. (Doc. No. 4 at 2.) On March 01, 2023, I ordered Ms. Mathis to file a response stating the relief she seeks, and advised that her failure to do so would result in a recommendation

that her Petition be dismissed pursuant to Local Rule 5.5.[1] That time has passed, and no response has been filed.[2] Accordingly, Ms. Mathis has failed to prosecute the action as required by Local Rule 5.5(c)(2).

To avoid dismissal, Ms. Mathis should file a response stating the relief she seeks. Otherwise, this cause of action should be DISMISSED without prejudice in accordance with Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that unless Petitioner files a response stating the relief she seeks, this cause of action (Doc. No. 1) should be DISMISSED without prejudice.

DATED this 16th day of March 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

[2] Mail sent by the Court to Ms. Mathis to the City of Faith Residential Reentry Center, the Bureau of Prisons facility where she was housed, was recently returned as undeliverable. (Doc. No. 8.) This is a good indication that Petitioner is no longer in Bureau of Prisons' custody.