# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CATHERINE C. MATHIS**   **PLAINTIFF**
Reg. #31843-009

v.   Case No: 4:22-CV-01276-LPR

**TONYA HAWKINS**   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD and careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, this cause of action is DISMISSED without prejudice.[2]

IT IS SO ORDERED this 9th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 9.

[2] Judge Volpe recommended that, "unless Petitioner files a response stating the relief she seeks," the Court should dismiss this case. *Id.*  To date, no response has been filed.  Dismissal is therefore appropriate.